RECEIVED
IN ALEXANDRIA, LA.
MAR 0 4 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DANNY KELLY | CIVIL ACTION 09-1955 |
| LA. DOC #451624 | |
| VS. | SECTION P |
| | JUDGE DRELL |
| VICTOR JONES, JR. ET AL. | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** plaintiff's complaint be **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ____4th____ day of ___March___, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE